Brian P. Seaman
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Telephone: (215) 546-8171
Facsimile: (646) 682-7180
bseaman@stradley.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
CHANGE CAPITAL HOLDINGS I, LLC.,

                              Plaintiff,

-against-                            Civil Action No.: 1:24-cv-09117

TEXCON READY MIX INC., TEXCON HOLDINGS INC., TEXCON DEVELOPMENTS, INC., TEXCON TRUCKING LLC, NETAPE TECHNOLOGY, INC., LUIS SOLORZANO II, and MENG ZHANG

                              Defendants,
------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Change Capital Holdings I, LLC hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action.

Dated: April 29, 2025
       New York, New York

*/s/ Brian P. Seaman*
_____
Brian P. Seaman